**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00479-GPG

ANTOINE BRUCE,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS ("BOP"),
JOHN DOE, #1 Assistant Director (CPO) for (BOP), and
F. DAVIS, Psy. D. (Staff),

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

The Motion, ECF No. 13, is ordered stricken pursuant to the Court's March 1, 2016 Order.

Dated:  April 19, 2016